**EXHIBIT A**

**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALEXIS DEGELMANN and JOSEPH LIN, on behalf of themselves and all those similarly situated,<br>*Plaintiffs-Appellants,*<br>v.<br>ADVANCED MEDICAL OPTICS INC., a Delaware corporation,<br>*Defendant-Appellee.* | No. 10-15222<br>D.C. No.<br>4:07-cv-03107-PJH<br>Northern District of California,<br>Oakland<br>ORDER |

Appeal from the United States District Court
for the Northern District of California
Phyllis J. Hamilton, District Judge, Presiding

Argued and Submitted
April 11, 2011—San Francisco, California

Filed October 30, 2012

Before: John T. Noonan and N. Randy Smith,
Circuit Judges, and Raner C. Collins, District Judge.*

---

**COUNSEL**

Jahan C. Sagafi, San Francisco, California, for the plaintiffs-appellants.

Ben D. Whitwell, San Francisco, California, for the defendant-appellee.

---

*The Honorable Raner C. Collins, District Judge for the U.S. District Court for Arizona, sitting by designation.

13029

13030         Degelmann v. Advanced Medical Optics

## ORDER

Pursuant to Fed. R. App. P. 42(b), this appeal is hereby DISMISSED. Each party shall pay its own costs and fees of this appeal. A certified copy of this order served on the district court shall constitute the mandate. The prior panel opinion is VACATED.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2012 Thomson Reuters.

**EXHIBIT B**

General Docket
United States Court of Appeals for the Ninth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 10-15222 | **Docketed:** 02/01/2010 |
| **Nature of Suit:** 3890 Other Statutory Actions | **Termed:** 10/30/2012 |
| Alexis Degelmann, et al v. Advanced Medical Optics Inc. | |
| **Appeal From:** U.S. District Court for Northern California, Oakland | |
| **Fee Status:** Paid | |

**Case Type Information:**
 1) civil
 2) private
 3) null

**Originating Court Information:**
 **District:** 0971-4 : 4:07-cv-03107-PJH
 **Court Reporter:** Diane E. Skillman, Official Court Reporter
 **Court Reporter:** James Jonathan Yeomans, Court Reporter
 **Trial Judge:** Phyllis J. Hamilton, District Judge
 **Date Filed:** 06/13/2007

| **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|---|
| 01/04/2010 | 01/04/2010 | 01/29/2010 | 01/29/2010 |

**Prior Cases:**
 None

**Current Cases:**
 None

| | |
|---|---|
| ALEXIS DEGELMANN<br>  Plaintiff - Appellant, | William N. Hebert, Esquire, Partner<br>Direct: 415-374-8370<br>[COR LD NTC Retained]<br>Calvo Fisher & Jacob LLP<br>Firm: 415-374-8870<br>One Lombard Street<br>2nd Floor<br>San Francisco, CA 94111<br><br>James A. Quadra, Esquire<br>Direct: 415-374-8370<br>[COR LD NTC Retained]<br>Calvo Fisher & Jacob LLP<br>Firm: 415-374-8870<br>One Lombard Street<br>2nd Floor<br>San Francisco, CA 94111<br><br>Wendy Ruth Fleishman, I, Esquire, Partner<br>Direct: 212-355-9500<br>[COR NTC Retained]<br>Lieff Cabraser Heimann & Bernstein, LLP<br>8th Floor<br>250 Hudson Street<br>New York, NY 10013<br><br>Cecilia Han<br>Direct: 415-956-1000<br>[COR NTC Retained]<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Embarcadero Center West<br>29th Floor<br>275 Battery Street<br>San Francisco, CA 94111-3339 |

Kent Lane Klaudt, Esquire, Attorney
Direct: 415-956-1000
[COR NTC Retained]
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
30th Floor
275 Battery Street
San Francisco, CA 94111-3339

Ronald T. Labriola, Esquire, Attorney
Direct: 949-209-9820
[COR NTC Retained]
The Senators (Ret.) Firm, LLP
Suite 370
4695 MacArthur Court
Newport Beach, CA 92660

Thomas M. Moore, Esquire, Attorney
Direct: 949-209-9820
[COR NTC Retained]
The Senators (Ret.) Firm, LLP
Suite 370
4695 MacArthur Court
Newport Beach, CA 92660

Mark P. Robinson, Esquire, Attorney
[COR NTC Retained]
ROBINSON CALCAGNIE & ROBINSON
Suite 700
Firm: 949/720-1288
620 Newport Center Dr.
Newport Beach, CA 92660

Jahan C. Sagafi
Direct: 415-956-1000
[COR NTC Retained]
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
29th Floor
275 Battery Street
San Francisco, CA 94111-3339

JOSEPH LIN, on behalf of themselves and all those similarly situated
    Plaintiff - Appellant,

William N. Hebert, Esquire, Partner
Direct: 415-374-8370
[COR LD NTC Retained]
(see above)

James A. Quadra, Esquire

Direct: 415-374-8370
[COR LD NTC Retained]
(see above)

Wendy Ruth Fleishman, I, Esquire, Partner
Direct: 212-355-9500
[COR NTC Retained]
(see above)

Cecilia Han
Direct: 415-956-1000
[COR NTC Retained]
(see above)

Kent Lane Klaudt, Esquire, Attorney
Direct: 415-956-1000
[COR NTC Retained]
(see above)

|  |  |
|---|---|
|  | (see above)<br><br>Ronald T. Labriola, Esquire, Attorney<br>Direct: 949-209-9820<br>[COR NTC Retained]<br>(see above)<br><br>Thomas M. Moore, Esquire, Attorney<br>Direct: 949-209-9820<br>[COR NTC Retained]<br>(see above)<br><br>Mark P. Robinson, Esquire, Attorney<br>[COR NTC Retained]<br>(see above)<br><br>Jahan C. Sagafi<br>Direct: 415-956-1000<br>[COR NTC Retained]<br>(see above) |
| v. | |
| ADVANCED MEDICAL OPTICS INC., a Delaware corporation<br>    Defendant - Appellee, | Anthony Gerard Brazil, Esquire, Attorney<br>Direct: 213-891-9100<br>[COR NTC Retained]<br>Morris Polich & Purdy LLP<br>1055 West Seventh Street<br>24th Floor<br>Los Angeles, CA 90017-2503<br><br>Mark Eric Hellenkamp, Esquire, Attorney<br>Direct: 619-557-0404<br>[COR NTC Retained]<br>Morris Polich & Purdy LLP<br>Suite 500<br>600 West Broadway<br>San Diego, CA 92101<br><br>David James Vendler, Esquire<br>Direct: 213-891-9100<br>[COR NTC Retained]<br>Morris Polich & Purdy LLP<br>1055 West Seventh Street<br>24th Floor<br>Los Angeles, CA 90017-2503<br><br>Ben D. Whitwell, Attorney<br>Direct: 310-229-9900<br>[COR NTC Retained]<br>Venable LLP<br>Suite 2100<br>2049 Century Park East<br>Los Angeles, CA 90067 |
| -------------------------- | |
| FOOD AND DRUG ADMINISTRATION<br>    Amicus Curiae, | Sharon Swingle<br>Direct: 202-353-2689<br>[COR LD NTC Government]<br>DOJ - U.S. Department of Justice<br>Civil Division - Appellate Staff<br>Room 7250<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530 |
| CONSUMERS UNION OF UNITED STATES, INC. | Ernest Galvan |

| | |
|---|---|
| CONSUMERS UNION OF UNITED STATES, INC.<br>    Amicus Curiae - Pending, | Ernest Galvan<br>Direct: 415-433-6830<br>[COR LD NTC Retained]<br>Rosen Bien Galvan & Grunfeld, LLP<br>10th Floor<br>Firm: 415-433-6830<br>315 Montgomery Street<br>San Francisco, CA 94104 |
| PUBLIC CITIZEN, INC<br>    Amicus Curiae - Pending, | Allison M. Zieve<br>Direct: 202-588-1000<br>[COR LD NTC Retained]<br>Public Citizen Litigation Group<br>1600 20th Street NW<br>Washington, DC 20009-1001 |

ALEXIS DEGELMANN; JOSEPH LIN, on behalf of themselves and all those similarly situated,

    Plaintiffs - Appellants,

 v.

ADVANCED MEDICAL OPTICS INC., a Delaware corporation,

    Defendant - Appellee.

| | | | |
|---|---|---|---|
| 02/01/2010 | ☐ | 1<br>15 pg, 689.17 KB | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. SEND MQ: Yes. The schedule is set as follows: Mediation Questionnaire due by Attorney James A. Quadra due on 02/08/2010. Appellant Alexis Degelmann and Appellant Joseph Lin opening brief due 05/17/2010. Appellee Advanced Medical Optics Inc. answering brief due 06/16/2010. Appellant's optional reply brief is due 14 days after service of the answering brief. [7214297] (GR) |
| 02/01/2010 | ☐ | 2<br>23 pg, 1.12 MB | Filed Appellants Alexis Degelmann and Joseph Lin Mediation Questionnaire. Served on 01/21/2010. [7218639] (CW) |
| 02/05/2010 | ☐ | 3<br>7 pg, 381.74 KB | Filed (ECF) Appellants Alexis Degelmann and Joseph Lin Mediation Questionnaire. Date of service: 02/05/2010. [7222600] (JAQ) |
| 02/05/2010 | ☐ | 4<br>5 pg, 198.54 KB | Filed (ECF) Appellants Alexis Degelmann and Joseph Lin Correspondence: NOTICE OF APPELLANTSâ€™ DESIGNATION OF TRANSCRIPT AND STATEMENT OF ISSUES. Date of service: 02/05/2010 [7222628] (JAQ) |
| 02/08/2010 | ☐ | 5<br>7 pg, 367.4 KB | Filed (ECF) Appellee Advanced Medical Optics Inc. Mediation Questionnaire. Date of service: 02/08/2010. [7223998] (BDW) |
| 03/02/2010 | ☐ | 6<br>1 pg, 44 KB | Filed certificate of record on appeal. RT filed in DC 2/1/10 [7251472] (CW) |
| 04/01/2010 | ☐ | 7 | Case rejected from Circuit Mediation Program. [7293849] [09-17133, 09-17311, 09-17852, 09-57023, 10-15055, 10-15192, 10-15222, 10-15326, 10-15342, 10-15352, 10-15343, 10-15346, 10-15468, 10-15642, 10-35174, 10-35195, 10-55361, 10-55373, 10-55404, 10-55434] (SB) |
| 05/10/2010 | ☐ | 8<br>25 pg, 56.77 KB | Filed (ECF) Appellants Alexis Degelmann and Joseph Lin Motion to extend time to file Opening brief until 07/16/2010. Date of service: 05/10/2010. [7331043] (CH) |
| 05/12/2010 | ☐ | 9<br>2 pg, 24.54 KB | Filed clerk order (Deputy Clerk:LKK): Appellants' opposed motion for an extension of time to file the opening brief is granted. The opening brief is due July 16, 2010. The answering brief is due August 16, 2010. The optional reply brief is due within 14 days after service of the answering brief. This order was issued prior to the expiration of time within which a response may be filed. Fed. R. App. P. 27(b). [7334701] (BJB) |
| 07/16/2010 | ☐ | 10<br>35 pg, 86.05 KB | Submitted (ECF) Opening brief for review. Submitted by Appellants Alexis Degelmann and Joseph Lin. Date of service: 07/16/2010. [7409090]--[COURT UPDATE: replaced brief to include statement of related cases. 07/28/2010 by MS] (WRF) |
| 07/19/2010 | ☐ | 12 | ENTRY UPDATED. Filed Appellants Alexis Degelmann and Joseph Lin excerpts of record in 4 volumes. ( Vol. 4 is UNDER SEAL and titled as Confidential Excerpt of Record.) Served on 07/16/2010. [7422319] [7422319] (PK) |
| 07/19/2010 | ☐ | 13 | Deleted Incorrect Docket Entry (PK) |
| 07/19/2010 | ☐ | 14 | Deleted Incorrect Docket Entry (PK) |
| 07/29/2010 | ☐ | 11<br>2 pg, 81.95 KB | Filed clerk order: The opening brief [10] submitted by Alexis Degelmann and Joseph Lin is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, with a blue cover, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. [7421729] (PK) |
| 07/30/2010 | ☐ | 15 | Received 7 paper copies of Opening brief [10] filed by Alexis Degelmann and Joseph Lin. [7424983] (SD) |
| 08/10/2010 | ☐ | 16 | COURT DELETED ENTRY: Filed in error (filer not csl of record and not a court reporter). Original text: Filed (ECF) court reporter Christopher T. Williams motion to extend time to file transcript. Date of service: 08/10/2010. [7435181] (CTW) |
| 08/12/2010 | ☐ | 17<br>3 pg, 32.79 KB | Filed (ECF) Appellee Advanced Medical Optics Inc. Stipulated Motion to extend time to file Answering brief until 09/15/2010 at 05:00 pm. Date of service: 08/12/2010. [7437396] (BDW) |
| 08/16/2010 | ☐ | 18<br>2 pg, 24.74 KB | Filed clerk order (Deputy Clerk:LKK): Appelleeâ€™s motion for an extension of time to file the answering brief is granted. The answering brief is due September 15, 2010. The optional reply brief is due within 14 days after service of the answering brief. [7441338] (BJB) |
| 09/15/2010 | ☐ | 19<br>54 pg, 1.76 MB | Submitted (ECF) Answering brief for review. Submitted by Appellee Advanced Medical Optics Inc.. Date of service: 09/15/2010. [7475536] (BDW) |
| 09/16/2010 | ☐ | 20<br>2 pg, 81.94 KB | Filed clerk order: The answering brief [19] submitted by Advanced Medical Optics Inc. is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, with a red cover, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to |

| | | | |
|---|---|---|---|
| | | | the version submitted electronically. [7476750] (PK) |
| 09/16/2010 | ☐ | 21 | Filed Appellee Advanced Medical Optics Inc. excerpts of record in 1 volume. Served on 09/15/2010. [7480908]--[COURT UPDATE: Backdated entry to correct filed date. Resent notice. 09/20/2010 by RY] (PK) |
| 09/20/2010 | ☐ | 22 | Received 7 paper copies of Answering brief [19] filed by Advanced Medical Optics Inc.. [7481257] (SD) |
| 09/22/2010 | ☐ | 23<br>5 pg, 17.5 KB | Filed (ECF) Appellants Alexis Degelmann and Joseph Lin Stipulated Motion to extend time to file a Reply brief until 11/01/2010. Date of service: 09/22/2010. [7484149]--[COURT UPDATE: Corrected docket text and relief to reflect content of filing. Resent notice. 09/23/2010 by RY] (WRF) |
| 09/27/2010 | ☐ | 24<br>1 pg, 23.27 KB | Filed clerk order (Deputy Clerk:LKK): Appellants' motion for an extension of time to file the reply brief is granted. The reply brief is due November 1, 2010. [7488007] (AF) |
| 11/01/2010 | ☐ | 25<br>39 pg, 96.82 KB | Submitted (ECF) Reply brief for review. Submitted by Appellants Alexis Degelmann and Joseph Lin. Date of service: 11/01/2010. [7530596] (CH) |
| 11/02/2010 | ☐ | 26<br>2 pg, 81.68 KB | Filed clerk order: The reply brief [25] submitted by Alexis Degelmann and Joseph Lin is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, with a gray cover, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. [7531175] (PK) |
| 11/03/2010 | ☐ | 27 | Received 7 paper copies of Reply brief [25] filed by Alexis Degelmann and Joseph Lin. [7534163] (SD) |
| 11/12/2010 | ☐ | 28 | Filed Appellants Alexis Degelmann and Joseph Lin excerpts of record in 1 volume. Served on 11/12/2010. [7555104] (PK) |
| 02/03/2011 | ☐ | 29<br>29 pg, 270.79 KB | Filed (ECF) Appellants Alexis Degelmann and Joseph Lin citation of supplemental authorities. Date of service: 02/03/2011. [7635555] (CH) |
| 03/03/2011 | ☐ | 30<br>7 pg, 50.79 KB | Notice of Oral Argument on APRIL Calendar. Please return ACKNOWLEDGMENT OF HEARING NOTICE form to: SAN FRANCISCO Office. Attention: The Notice of Docket Activity may not list your case number. Please open attached documents to view details about your case. [7666629] (CL) |
| 03/03/2011 | ☐ | 31<br>2 pg, 29.48 KB | Filed (ECF) notice of appearance of Jahan C. Sagafi for Appellant Alexis Degelmann. Date of service: 03/03/2011. [7667379] (JCS) |
| 03/03/2011 | ☐ | 32 | Added attorney Jahan C. Sagafi for Alexis Degelmann Joseph Lin, in case 10-15222. [7667410] (CW) |
| 03/18/2011 | ☐ | 33 | UPDATED CASE CALENDARED: 04/11/2011 10:00AM San Francisco, CA Courtroom 2 [7686740] [10-15031, 09-17712, 10-15222, 10-15231] (CL) |
| 03/18/2011 | ☐ | 34<br>4 pg, 77.49 KB | Revised...Notice of Oral Argument on APRIL 11, 2011 Calendar. Please return ACKNOWLEDGMENT OF HEARING NOTICE form to: SAN FRANCISCO Office. Please open attached documents to view details about your case. [7686807] (CL) |
| 04/11/2011 | ☐ | 35 | ARGUED AND SUBMITTED TO JOHN T. NOONAN, N. RANDY SMITH and RANER C. COLLINS. [7712226] (AL) |
| 09/26/2011 | ☐ | 36<br>26 pg, 137.15 KB | Filed (ECF) Appellants Alexis Degelmann and Joseph Lin citation of supplemental authorities. Date of service: 09/26/2011. [7906887] (JCS) |
| 09/28/2011 | ☐ | 37<br>16 pg, 433.6 KB | FILED OPINION (JOHN T. NOONAN, N. RANDY SMITH and RANER C. COLLINS) AFFIRMED. Judge: JTN Authoring, FILED AND ENTERED JUDGMENT. [7908344] (RP) |
| 10/04/2011 | ☐ | 38<br>5 pg, 20.32 KB | Filed (ECF) Appellants Alexis Degelmann and Joseph Lin Motion to extend time to file petition for rehearing until 10/19/2011. Date of service: 10/04/2011. [7915627]--[COURT UPDATE: Replaced PDF of petition (searchable). Resent NDA. 10/05/2011 by TW] (JAQ) |
| 10/06/2011 | ☐ | 39<br>1 pg, 82.47 KB | Filed clerk order (Deputy Clerk: sw): Apellants motion to extend time to file petition for rehearing until 10/19/2011. The petition is due 10/19/2011. [7919577] (SW) |
| 10/07/2011 | ☐ | 40<br>13 pg, 47.27 KB | Filed (ECF) Appellants Alexis Degelmann and Joseph Lin Motion to extend time to file petition for rehearing until 11/10/2011. Date of service: 10/07/2011. [7921638] (JAQ) |
| 10/12/2011 | ☐ | 41<br>3 pg, 128.13 KB | Filed (ECF) Appellee Advanced Medical Optics Inc. bill of costs (Form 10) in the amount of 132.30 USD. Date of service: 10/12/2011 [7924923] (CTW) |
| 10/12/2011 | ☐ | 42<br>8 pg, 311.33 KB | Filed (ECF) Appellee Advanced Medical Optics Inc. bill of costs (Form 10) in the amount of 250.60 USD. Date of service: 10/12/2011 [7925815] (CTW) |
| 10/13/2011 | ☐ | 43 | Filed order (JOHN T. NOONAN, N. RANDY SMITH and RANER C. COLLINS) Appellants' request for |

| Date | Doc # | Description |
|---|---|---|
| | 1 pg, 23.49 KB | an extension of time to file petition for rehearing or rehearing en banc is GRANTED to November 10, 2011. [7927415] (BJB) |
| 11/10/2011 | 44<br>207 pg, 516.67 KB | Filed (ECF) Appellants Alexis Degelmann and Joseph Lin petition for rehearing en banc (from 09/28/2011 opinion). Date of service: 11/10/2011. [7962304] (JAQ) |
| 11/14/2011 | 45<br>23 pg, 76.02 KB | Submitted (ECF) Amicus brief for review and filed Motion to become amicus curiae. Submitted by Public Cirtizen, Inc.. Date of service: 11/14/2011. [7963092] (AMZ) |
| 11/15/2011 | 46<br>1 pg, 22.19 KB | Filed order (JOHN T. NOONAN) Appellee is directed to file a response to appellants' petition for rehearing en banc within 21 days of the filing date of this order. [7967011] (BJB) |
| 11/18/2011 | 47<br>21 pg, 69.74 KB | Submitted (ECF) Amicus brief for review and filed Motion to become amicus curiae. Submitted by Consumers Union of United States, Inc.. Date of service: 11/18/2011. [7972828] (EG) |
| 11/21/2011 | 48 | Entered appearance of Amicus Curiae - Pending Consumers Union of United States, Inc.. [7973740]--[Edited: Spelled out name of party filer (replaced acronym). 11/22/2011 by RY] (SW) |
| 11/21/2011 | 49 | Entered appearance of Amicus Curiae - Pending Public Citizen, Inc. [7974231] (SW) |
| 12/06/2011 | 50<br>21 pg, 67.85 KB | Filed (ECF) Appellee Advanced Medical Optics Inc. response to Petition for Rehearing En Banc (ECF Filing) ,Petition for Rehearing En Banc (ECF Filing) for rehearing by en banc only (all active, any interested senior judges). Date of service: 12/06/2011. [7989696]. (BDW) |
| 03/14/2012 | 51<br>2 pg, 44.73 KB | Filed (ECF) notice of appearance of William Nicholas Hebert for Appellants Alexis Degelmann and Joseph Lin. Date of service: 03/14/2012. [8104226] (WNH) |
| 03/15/2012 | 52 | Added attorney William N. Hebert for Alexis Degelmann Joseph Lin, in case 10-15222. [8105000] (SW) |
| 05/08/2012 | 53<br>2 pg, 30.43 KB | Filed order (JOHN T. NOONAN, N. RANDY SMITH and RANER C. COLLINS) Upon consideration of Appellants' Petition for Rehearing En Banc filed November 10, 2011, the Food and Drug Administration ("the Agency") is invited to submit a brief responding to the Petition for Rehearing En Banc and setting forth its views on whether the Guidance Documents designated by the Agency as "special controls" for Class II devices are "requirements" as contemplated by the Medical Device Amendments of 1976. See 21 U.S.C. § 360k(a); 21 U.S.C. § 371(h)(1)(A). The Clerk of Court shall forward a copy of this order, and all other materials filed in this appeal, to the Office of the Commissioner of Food and Drugs. Within thirty days, the Commissioner shall advise us whether the Agency wishes to submit a brief and, if so, when it expects to file a brief. If the Agency submits a brief, we will, by separate order, give both parties an opportunity to respond. [8168826] (BJB) |
| 05/08/2012 | 54 | Ninth Circuit materials sent to the Office of the Commissioner of Food and Drugs per 5/8/12 order. Fed ex tracking #943607206274 [8169165] (SS) |
| 05/30/2012 | 55<br>8 pg, 80.74 KB | Filed (ECF) Food and Drug Administration Motion to extend time to file amicus brief until 07/09/2012. Date of service: 05/30/2012. [8194921] (SS) |
| 05/30/2012 | 56<br>1 pg, 23.76 KB | Filed order (JOHN T. NOONAN, N. RANDY SMITH and RANER C. COLLINS) The Food and Drug Administration's unopposed motion for a 30-day extension of time until July 9, 2012 to notify the court whether it will file a brief is GRANTED. [8196176] (BJB) |
| 07/09/2012 | 57<br>3 pg, 83.19 KB | Filed (ECF) Food and Drug Administration correspondence: Notice of intent to file an amicus brief by 8 August 2012. Date of service: 07/09/2012. [8242277]--[COURT UPDATE: Changed filing to reflect content, resent notice. 07/09/2012 by ASW] (SS) |
| 08/03/2012 | 58<br>4 pg, 84.99 KB | Filed (ECF) Food and Drug Administration Correspondence: Notice of intent to file an amicus brief by August 29, 2012. Date of service: 08/03/2012. [8274549]--[COURT UPDATE: Edited docket text to reflect content of filing. Resent NDA. 08/03/2012 by RY] (SS) |
| 08/27/2012 | 59<br>3 pg, 11.25 KB | Filed (ECF) Appellee Advanced Medical Optics Inc. Correspondence: Notice of Settlement. Date of service: 08/27/2012 [8300762] (BDW) |
| 08/28/2012 | 60 | Entered appearance of Amicus Curiae FDA. [8302093] (HH) |
| 08/28/2012 | 61<br>3 pg, 83.35 KB | Filed (ECF) Food and Drug Administration Correspondence: Status of Amicus Curiae Brief. Date of service: 08/28/2012. [8302682]--[COURT UPDATE: Edited docket text to reflect content of filing. Resent NDA. 08/28/2012 by RY] (SS) |
| 10/09/2012 | 62<br>2 pg, 8.38 KB | Filed (ECF) Appellants Alexis Degelmann and Joseph Lin Stipulated Motion to dismiss case voluntarily pursuant to FRAP 42(b). Date of service: 10/09/2012. [8353180] (RTL) |
| 10/30/2012 | 63<br>4 pg, 16.26 KB | Order filed for PUBLICATION (JOHN T. NOONAN, N. RANDY SMITH and RANER C. COLLINS) Pursuant to Fed. R. App. P. 42(b), this appeal is hereby DISMISSED. Each party shall pay its own costs and fees |

of this appeal. A certified copy of this order served on the district court shall constitute the mandate. The prior panel opinion is VACATED. [] [8380749] (DD)

Clear All

◉ Documents and Docket Summary
○ Documents Only

☑ Include Page Numbers

**Selected Pages:** 0   **Selected Size:** 0 KB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| U.S. Court of Appeals for the 9th Circuit - 11/07/2012 11:08:10 | | | |
| **PACER Login:** | pb0373 | **Client Code:** | J5400-1406-2029 |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 10-15222 |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |