MICHAEL J. STORTZ (SBN #139386)
michael.stortz@dbr.com
MATTHEW J. ADLER (SBN #273147)
matthew.adler@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:   (415) 591-7500
Facsimile:    (415) 591-7510

STEVEN A. ZALESIN
sazalesin@pbwt.com
TRAVIS J. TU
tjtu@pbwt.com
JONAH M. KNOBLER
jknobler@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York  10036
Telephone:   (212) 336-2000
Facsimile:    (212) 336-2222

Attorneys for Defendants
JOHNSON & JOHNSON and
MCNEIL NUTRITIONALS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BRONSON, MICHAEL FISHMAN, and ALVIN KUPPERMAN, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>JOHNSON & JOHNSON INC. and MCNEIL NUTRITIONALS, LLC,<br><br>  Defendants. | Case No. 3:12-CV-04184-CRB<br><br>**JOINT STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 6-2(a) and 6-1(b), Plaintiffs Barbara Bronson, Michael Fishman, and Alvin Kupperman ("Plaintiffs") and Defendants Johnson & Johnson and McNeil Nutritionals, LLC ("Defendants") hereby stipulate to the rescheduling of the Case Management Conference currently scheduled for January 17, 2014 at 8:30 a.m.

The parties request that a new Case Management Conference be continued to January 31, 2014, and that the parties' obligations under Federal Rules of Civil Procedure 26(f) be rescheduled accordingly. Assuming the Court grants the parties' stipulation, the parties' Case Management Statement will be due on January 24, 2014.

The basis for the request is to accommodate the schedules of counsel for both sides, which schedule otherwise conflicts with the current January 17, 2014 date. The Court previously granted a joint stipulation to extend time to respond to the complaint (Dkt. 14) and a joint stipulation to extend time to respond to the Second Amended Complaint (Dkt. 48). The parties also stipulated to extend the latter request (Dkt. 61). There have been no other schedule modifications in this case. The parties believe that rescheduling the Case Management Conference to January 31, 2014 will not prejudice the parties or significantly impact the ultimate schedule for resolution of the case.

This stipulation is made without prejudice to seek additional orders from the Court, subject to Court approval.

IT IS THEREFORE STIPULATED, by the parties through their respective counsel, as follows:

The Case Management Conference, currently scheduled for January 17, 2014, shall be taken off calendar and rescheduled for January 31, 2014.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: November 22, 2013 | DRINKER BIDDLE & REATH LLP |
| 2 | | |
| 3 | | By: /s/ Michael J. Stortz |
| 4 | | Michael J. Stortz |
| 5 | | Attorneys for Defendants<br>JOHNSON & JOHNSON and<br>MCNEIL NUTRITIONALS, LLC |
| 6 | | |
| 7 | Dated: November 22, 2013 | THE MILLS LAW FIRM |
| 8 | | |
| 9 | | By: /s/ Joshua D. Boxer |
| | | Joshua D. Boxer |
| 10 | | |
| 11 | | Attorneys for Plaintiffs<br>BARBARA BRONSON, MICHAEL<br>FISHMAN, and ALVIN KUPPERMAN |
| 12 | | |

**Attestation Pursuant to Civil Local Rule 5.1(i)**

Pursuant to Civil Local Rule 5.1(i), I, Michael J. Stortz, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on November 22, 2013 at San Francisco, California.

/s/ Michael J. Stortz
Michael J. Stortz

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 22, 2013

The Honorable Charles R. Breyer
JUDGE OF THE UNITED STATES
DISTRICT COURT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING CMC — - 2 - — CASE NO. 3:12-CV-04184-CRB

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO