UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BRONSON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHNSON & JOHNSON INC., et al.,<br><br>    Defendants. | Case No. 12-cv-04184-CRB   (JCS)<br><br>**ORDER RE CLASS CERTIFICATION BRIEFING AND MEDIATION**<br><br>Re: Dkt. No. 88 |

The parties appeared before the Court for a Case Management Conference on October 10, 2014 at 9:30 a.m. The parties prepared and filed a Joint Case Management Statement in advance of the hearing, Dkt. No. 88 ("Statement"), in which they raised three issues for decision by the Court: (1) class certification scheduling; (2) discovery cost-shifting; and (3) ADR. Good cause appearing, and for the reasons stated on the record, the Court rules as follows.

**1. Class Certification Scheduling**

The Court orders the following schedule for class certification briefing:

| Event | Date |
|---|---|
| Class Certification Discovery cut-off | December 15, 2014 |
| Plaintiffs' Disclosure of Class Certification Experts (and corresponding Reports) | January 26, 2015 |
| Defendants' Disclosure of Class Certification Experts (and corresponding Reports) | March 26, 2015 |
| Deposition of Plaintiff's Class Certification Experts | To be determined by the parties (between January 27 and March 25, 2015) |
| Deposition of Defendant's Class Certification Experts | To be determined by the parties (between March 27 and May 25, 2015) |
| Disclosure of Rebuttal Class Certification Experts (and corresponding Reports) | March 26, 2015 |
| Plaintiffs' Motion for Class Certification | January 26, 2015 |
| Defendants' Opposition to Motion for Class Certification | March 26, 2015 |
| Plaintiffs' Class Certification Reply: | May 26, 2015 |
| Hearing on Motion for Class Certification: | To be set by Judge Breyer |

**2. Discovery Cost-shifting**

Defendant "requests an order that, from this point forward, all costs that McNeil incurs in responding to Plaintiffs' discovery be shared 50/50 by McNeil and Plaintiffs." Statement at 8. Defendant argues that "Rule 26(b)(2)(C) authorizes cost-shifting whenever it is disproportionate, whether or not ESI is at issue, and whether or not the information is 'inaccessible.'" *Id.* at 9 (citation omitted).

For the reasons stated on the record, Defendant's request is DENIED WITHOUT PREJUDICE.

**3. ADR**

The parties state that they "are willing to participate in the Court's Mediation Program under Local Rule 6." Statement at 13. Accordingly, and for the reasons stated on the record, the parties are ordered to mediation under the Court's Mediation Program no later than December 9, 2014.

**IT IS SO ORDERED.**

Dated: October 17, 2014.

_____
JOSEPH C. SPERO
United States Magistrate Judge