1  **BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
2  Robert M. Bramson (Bar No. 102006)
   rbramson@bramsonplutzik.com
3  Joshua D. Boxer (Bar No. 226712)
   jboxer@bramsonplutzik.com
4  2125 Oak Grove Road, Suite 120
   Walnut Creek, CA  94598
5  Telephone: (925) 945-0200
   Facsimile: (925) 945-8792
6
   -and-
7
   **CENTER FOR SCIENCE IN THE PUBLIC INTEREST**
8  Amanda Howell (admitted *pro hac vice*)
   AHowell@cspinet.org
9  5646 Milton Street, Suite 714
   Dallas, Texas 75206
10 Telephone: (214) 827-2774

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BRONSON, MICHAEL FISHMAN, and ALVIN KUPPERMAN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | Case No. 3:12-cv-04184 (CRB)<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL FOR PLAINTIFFS** |

**NOTICE OF WITHDRAWAL AS COUNSEL**

1

NO. 3:12-cv-04184 (CRB)

1  Stephen H. Gardner, Amanda M. Howell, and the Center for Science in the Public Interest hereby withdraw as counsel of record for Plaintiffs Barbara Bronson, Michael Fishman, and Alvin Kupperman.

Plaintiffs are more than adequately represented by lead counsel in No. 3:12-cv-04184-CRB, Bramson, Plutzik, Mahler & Birkhaeuser LLP.

No party will be prejudiced if this motion is granted.


Dated: December 9, 2014           By:   /s/    Amanda Howell
                                         Amanda Howell

**CENTER FOR SCIENCE IN THE PUBLIC INTEREST**
Amanda Howell (*pro hac vice*)
5646 Milton Street, Suite 714
Dallas, TX 75206
Telephone: (214) 827-2774
Facsimile: (214) 827-2787

**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
Robert M. Bramson (Bar No. 102006)
rbramson@bramsonplutzik.com
Joshua D. Boxer (Bar No. 226712)
jboxer@bramsonplutzik.com
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

*Attorneys for Plaintiffs*

**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**

Robert M. Bramson (Bar No. 102006)
rbramson@bramsonplutzik.com
Joshua D. Boxer (Bar No. 226712)
jboxer@bramsonplutzik.com
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

- and -

**CENTER FOR SCIENCE IN THE PUBLIC INTEREST**

Amanda Howell (*pro hac vice*)
ahowell@cspinet.org
5646 Milton Street, Suite 714
Dallas, Texas 75206
Telephone: (214) 827-2774
Facsimile: (214) 827-2787

*Attorneys for Plaintiffs Barbara Bronson,*
*Michael Fishman, Alvin Kupperman,*
*and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BRONSON, MICHAEL FISHMAN, and ALVIN KUPPERMAN on behalf of themselves and all others similarly situated,<br>            Plaintiffs,<br>v.<br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br>            Defendants. | Case No. 3:12-cv-04184 (CRB)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** |

    Stephen H. Gardner, Amanda M. Howell, and the Center for Science in the Public Interest seek to withdraw as counsel of record for Plaintiffs in the above-captioned litigation pursuant to Local Rule 11-5(a). This Court finds that granting this Motion will not cause substantial prejudice or delay to any party.

OPPOSITION TO MOTION TO DISMISS
NO. 3:12-cv-04184 (CRB)

1  IT IS HEREBY ORDERED that Stephen H. Gardner, Amanda M. Howell, and the
2  Center for Science in the Public Interest's Motion to Withdraw as Counsel for Plaintiffs is
3  GRANTED, and Stephen H. Gardner, Amanda M. Howell, and the Center for Science in
4  the Public Interest are hereby terminated as counsel of record in this proceeding.

6  DATED:_____                    By:_____
                                               Hon. Charles R. Breyer
7                                              United States District Court