**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**

Robert M. Bramson (Bar No. 102006)
rbramson@bramsonplutzik.com
Joshua D. Boxer (Bar No. 226712)
jboxer@bramsonplutzik.com
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

- and -

**CENTER FOR SCIENCE IN THE PUBLIC INTEREST**

Amanda Howell (*pro hac vice*)
ahowell@cspinet.org
5646 Milton Street, Suite 714
Dallas, Texas 75206
Telephone: (214) 827-2774
Facsimile: (214) 827-2787

*Attorneys for Plaintiffs Barbara Bronson,*
*Michael Fishman, Alvin Kupperman,*
*and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BRONSON, MICHAEL FISHMAN, and ALVIN KUPPERMAN on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br>            Defendants. | Case No. 3:12-cv-04184 (CRB)<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS |

Stephen H. Gardner, Amanda M. Howell, and the Center for Science in the Public

Interest seek to withdraw as counsel of record for Plaintiffs in the above-captioned

litigation pursuant to Local Rule 11-5(a). This Court finds that granting this Motion will

not cause substantial prejudice or delay to any party.

1     IT IS HEREBY ORDERED that Stephen H. Gardner, Amanda M. Howell, and the

2   Center for Science in the Public Interest's Motion to Withdraw as Counsel for Plaintiffs is

3   GRANTED, and Stephen H. Gardner, Amanda M. Howell, and the Center for Science in

4   the Public Interest are hereby terminated as counsel of record in this proceeding.

5

6   DATED:  December 15, 2014          By:_____

7                                      Hon. Charles R. Breyer
                                       United States District Court

8

9

10



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NO. 3:12-cv-04184 (CRB)