1  MICHAEL J. STORTZ (SBN 139386)
   michael.stortz@dbr.com
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, CA  94105-2235
   Telephone:    (415) 591-7500
4  Facsimile:    (415) 591-7510

5  STEVEN A. ZALESIN (admitted *pro hac vice*)
   sazalesin@pbwt.com
6  TRAVIS J. TU (admitted *pro hac vice*)
   tjtu@pbwt.com
7  JONAH M. KNOBLER (admitted *pro hac vice*)
   jknobler@pbwt.com
8  PATTERSON BELKNAP WEBB & TYLER LLP
   1133 Avenue of the Americas
9  New York, NY 10036
   Telephone:    (212) 336-2000
10 Facsimile:    (212) 336-2222

11 Attorneys for Defendants
   JOHNSON & JOHNSON and
12 McNEIL NUTRITIONALS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| BARBARA BRONSON, MICHAEL FISHMAN, and ALVIN KUPPERMAN on behalf of themselves and all others similarly situated, | Case No. 3:12-cv-04184-CRB |
|---|---|
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | Judge:    Hon. Charles R. Breyer |
| JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC, | Complaint Filed:   August 9, 2012<br>Trial Date:   None Set |
| Defendants. | |

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION OF DISMISSAL WITH PREJUDICE                             CASE NO. 3:12-CV-04184-CRB

7553369v.1

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned parties, through their counsel of record, hereby agree to the dismissal of Plaintiffs' Second Amended Class Action Complaint. All claims, causes of action and allegations asserted individually on behalf of Plaintiffs Barbara Bronson, Michael Fishman, and Alvin Kupperman are hereby dismissed **with prejudice**. Each party shall bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: January 14, 2015    BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

/s/ Joshua D. Boxer
Robert M. Bramson
Joshua D. Boxer
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598

*Attorneys for Plaintiffs Barbara Bronson, Michael Fishman, and Alvin Kupperman*

Dated: January 14, 2015    PATTERSON BELKNAP WEBB & TYLER LLP

/s/ Steven A. Zalesin
Steven A. Zalesin (admitted *pro hac vice*)
Travis J. Tu (admitted *pro hac vice*)
Jonah M. Knobler (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, New York 10036
Phone: (212) 336-2000
Fax: (212) 336-2222

Michael J. Stortz
DRINKER BIDDLE & REATH LLP
50 Fremont St., 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Defendants Johnson & Johnson and McNeil Nutritionals, LLC*

**Attestation Pursuant to Civil Local Rule 5.1(i)**

Pursuant to Civil Local Rule 5.1(i), I, Steven A. Zalesin, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on January 14, 2015 at New York, New York.

/s/ Steven A. Zalesin
Steven A. Zalesin